Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: 650.592.5400
Facsimile:  650.592.5027

Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
520 Broadway, Second Floor
Santa Monica, CA 90401
Tel.:  310.981.4920
Fax:   650.592.5027

**ATTORNEYS FOR** Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MICHELLE CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.; DOE NO. 1 - FLIGHT ATTENDANT; AND DOES 2 TO 100, INCLUSIVE, AND EACH OF THEM,<br><br>　　　　Defendants. | Case No. 2:18-cv-04893-MRW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]<br><br>Honorable Michael R. Wilner<br>United States Magistrate Judge |

Upon the stipulation of the parties (ECF Doc. 36) that all claims in the above-entitled action be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and good cause appearing,

///

///

///

1

IT IS HEREBY ORDERED that all claims in the above-entitled action are dismissed with prejudice with each party to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 31, 2019

_____
Honorable Michael R. Wilner
United States Magistrate Judge